# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM ARMSTEAD AND TULLY J. SPEAKER AND BARBARA KRASSENSTEIN AND GAIL OBER AND ANNYAH HASLER AND ROGER HASLER AND BERNARD BONDI AND ROSEANNE STAGNO ADAMS AND JOVIDA HILL AND SCENIC PHILADELPHIA, | : : : : : : : : : : | No. 261 EAL 2015<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : : : : : : | |
| v. | : : : : : | |
| ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA AND CITY OF PHILADELPHIA AND FRANKLIN INSTITUTE, | : : : : : : | |
| Respondents | | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.